UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **KAREN SUAZO,** | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) **Case No. 1:24-cv-0224-TWT** |
| **TRUIST BANK INC.,** | ) ) ) |
| Defendant. | ) ) ) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), Defendant Truist Bank ("Truist") and Plaintiff Karen Suazo ("Suazo") (collectively referred to as the "Parties") hereby stipulate that all of Plaintiff's claims against Truist in the above-captioned action are voluntarily dismissed **with prejudice** and this action is dismissed **with prejudice**. Plaintiff and Truist shall bear her and its own attorneys' fees and costs.

Stipulated and agreed to this 7th day of January, 2025 by:

**BRADLEY ARANT BOULT CUMMINGS LLP**

*/s/ Nancy H. Baughan*
Nancy H. Baughan
Georgia Bar No. 042575
Lina Machado Bejarano
Georgia Bar No. 380338

>Zachary P. Martin
>Georgia Bar No. 568537
>nbaughan@bradley.com
>lmachado@bradley.com
>zmartin@bradley.com
>
>Promenade Tower
>1230 Peachtree Street NE
>Atlanta, GA  30309
>(404) 868-2013
>(404) 868-2010 (facsimile)
>
>*Counsel for Defendant Truist Bank*
>
>
>**WADE, GRUNBERG & WILSON, LLC**
>
>*/s/ G. Taylor Wilson*
>***(by NHB with express permission)***
>Nicole Jennings Wade
>State Bar No. 390922
>nwade@wgwlawfirm.com
>Jonathan D. Grunberg
>State Bar No. 869318
>jgrunberg@wgwlawfirm.com
>G. Taylor Wilson
>State Bar No. 460781
>twilson@wgwlawfirm.com
>
>729 Piedmont Ave NE
>Atlanta, GA  30308
>(404) 600-1153
>
>*Attorneys for Plaintiff*